7-6-15

83,307-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 13 2015

Abel Acosta, Clerk

IN THE COURT OF CRIMINAL APPEALS
OF TEXAS

NO. WR - 83,307-01

IN RE BRAULIO JOSE ADORNO, RELATOR

ON APPLICATION FOR A WRIT OF MANDAMUS
CAUSE NO. 1025788-A IN THE 178TH DISTRICT COURT
FROM HARRIS COUNTY

ADDRESS CHANGE

OLD ADDRESS

DALHART UNIT
11950 FM 998
DALHART, TX 79022

NEW ADDRESS

COFFIELD UNIT
2661 FM 2054
TENNESSEE COLONY, TX 75884

EXECUTED ON 7-6-15

Braulio A.
BRAULIO JOSE ADORNO #1378697